UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-323 (MJD/JGL)

JAMES P. HUSSEY,

Plaintiff,

v.

**PRETRIAL ORDER**

TANYA CREATIONS INC.,

Defendant.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is one day;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to June 1, 2001;

3. The period during which the parties may seek discovery shall be completed by October 1, 2001;

4. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to November 1, 2001;

5. Until further notice, all dispositive motions must be noticed, served, filed and heard, in accordance with the local rules, prior to February 1, 2002; and

6. This case will be considered "ready for trial" as of February 1, 2002.

DATED: April 16, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge

Filed APR 16 2001
Francis E. Dosal, Clerk
Judgment Entd.________
Deputy Clerk________