IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

Court File No: 01-323 MJD/JGL

James P. Hussey, d/b/a James P. Hussey & Associates,

Plaintiffs,

-vs-

Tanya Creations, Inc., a corporation under the laws of Rhode Island,

Defendant.

**ORDER OF DISMISSAL WITH PREJUDICE**

Based upon the Stipulation of Dismissal With Prejudice on file herein,

IT IS HEREBY ORDERED, that he above entitled action is hereby dismissed with prejudice and without costs or disbursements or attorney's fees to any party.

Dated: 1 - 18, 2002.

Michael J. Davis
U.S. District Court Judge

FILED JAN 18 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

Court File No: 01-323 MJD/JGL

James P. Hussey, d/b/a James P. Hussey & Associates,

Plaintiffs,

-vs-

Tanya Creations, Inc., a corporation under the laws of Rhode Island,

Defendant.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The above entitled case having been fully compromised and settled, it is hereby stipulated and agreed by and between the parties hereto that all claims in the above entitled case may be dismissed with prejudice and without costs or disbursements or attorney's fees to any party. This Stipulation may be filed ex parte, without further notice to any party.

Dated: 1/4, 2002.

Robert J. Bruno (#12415)
ROBERT J. BRUNO, LTD.
Attorney for Plaintiff
1601 E. Highway 13, Suite 107
Burnsville, MN 55337
952-890-9171

Dated: 1/16, 2002.

David K. Nightingale (#148088)
Attorney for Defendant
5500 Wayzata Boulevard, Suite 1200
Minneapolis, MN 55416-1270
763-546-1200